UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHAALID ADAM ABDULKADIR,<br><br>Defendant. | 0:15-MJ-00984-KES-VLD<br><br>ORDER DENYING DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 404(B) EVIDENCE<br><br>[DOCKET NO. 19] |

In this case pending in the District of Minnesota, the Honorable Karen E. Schreier of the District of South Dakota was appointed to preside over this case.  See Docket No. 9.  This magistrate judge was also appointed to assist Judge Schreier.  See Docket No. 32.

Defendant Khaalid Adam Abdulkadir filed a motion seeking immediate disclosure from the government of any evidence of other crimes, bad acts, or similar course of conduct pursuant to FED. R. EVID. 404(b).  See Docket No. 19. The district court's scheduling and case management order requires that, prior to filing a motion for discovery, counsel for the parties will confer with opposing counsel in an attempt to resolve the issue first.  See Docket No. 14 at ¶ 3. Mr. Abdulkadir's motion is silent as to whether this prerequisite has been satisfied.

The government responded to the motion by stating that all 404(b) evidence known to it at this time has already been disclosed to Mr. Abdulkadir. See Docket No. 37.  Furthermore, the government represents that if additional

404(b) evidence becomes known to it, such evidence will be disclosed to Mr. Abdulkadir no later than two weeks prior to trial.  Id.  Accordingly, it is hereby

ORDERED that the motion for disclosure of Rule 404(b) evidence [Docket No. 19] by defendant is denied.

DATED December 31, 2015.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge